# Exhibit B

# '988 Patent

**Infringement Chart for US 6,549,988 vs. Amazon**

**Claim 1**

| Claim Language | Amazon Evidence |
|---|---|
| 1. A computer suitable for use in a data storage system comprising a network interconnecting a plurality of such computers, the computer comprising | The AWS Storage Gateway Hardware Appliance is a computer( server) that suitable for use in a data storage system,  Source: https://aws.amazon.com/storagegateway/hardware-appliance/ |

| | |
|---|---|
| | the data storage system comprising a network interconnecting a plurality of such computers<br><br><br><br>How it works<br>Source: https://aws.amazon.com/storagegateway/ |

| | |
|---|---|
| an I/O channel adapter for accepting an incoming I/O request from a host; | The AWS Storage Gateway Hardware Appliance comprise an I/O channel adapter (AWS Direct Connect) for accepting an incoming I/O request from a host (on-premises)<br><br><br><br>How it works<br>Source: https://aws.amazon.com/storagegateway/<br><br><br>AWS Direct Connect is an I/O channel |

3

| | |
|---|---|
| | **How it works**<br><br>The AWS Direct Connect cloud service is the shortest path to your AWS resources. While in transit, your network traffic remains on the AWS global network and never touches the public internet. This reduces the chance of hitting bottlenecks or unexpected increases in latency. When creating a new connection, you can choose a hosted connection provided by an AWS Direct Connect Delivery Partner, or choose a dedicated connection from AWS—and deploy at over 100 AWS Direct Connect locations around the globe. With AWS Direct Connect SiteLink, you can send data between AWS Direct Connect locations to create private network connections between the offices and data centers in your global network.<br><br>Dedicated Interconnect overview<br>Source: https://cloud.google.com/storage-transfer/docs/on-prem-overview |
| configuration manager software for enabling said I/O channel adapter to decide whether (i) to route said request to | configuration manager software for enabling said I/O channel adapter to decide whether (i) to route said request to cache, (ii) to route said request to disk, accessed directly (**Access operation**) |

4

| | |
|---|---|
| cache, (ii) to route said request to disk, or (iii) to reject said request; | **Q: Can I directly access objects stored in S3 by using file gateway?**<br><br>A: Yes. Once objects are stored in S3, you can access them directly in AWS for in-cloud workloads without requiring file gateway. Your objects inherit the properties of the S3 bucket in which they are stored, such as lifecycle management, and cross-region replication.<br><br>Source: https://aws.amazon.com/storagegateway/faqs/<br><br>**Write Operations (Write-Back Cache)**<br><br>When a file is written to the file gateway over NFS, the gateway first commits the write to the local cache. At that point, it acknowledges the write success to the NFS client, which enables low latency on writes. After the write cache is populated, the file is put into the associated Amazon S3 bucket asynchronously to increase local performance of Internet transfers.<br><br>When an existing file is modified, the file gateway transfers only the newly written bytes to the associated Amazon S3 bucket. This uses Amazon S3 API calls to construct a new object from a previous version in combination with the newly uploaded bytes. This feature reduces the amount of data that is required to be transferred when NFS clients modify existing files within the file gateway.<br><br><br><br>Figure 4: File gateway write operations |

| | |
|---|---|
| | Source:https://d1.awsstatic.com/whitepapers/Storage/aws-storage-gateway-file-gateway-for-hybrid-architectures.pdf Page 9 of 18 |
| a network adapter for handling network control traffic; | The AWS Storage Gateway Hardware Appliance comprises network adapter for handling network control traffic

**AWS Storage Gateway Hardware Appliance**
A dedicated physical appliance for on-premises deployments

**Appliance Details**

The Storage Gateway Hardware Appliance comes with Storage Gateway software pre-installed on a validated server configuration. It is designed to provide consistent performance across deployments, making ongoing management easy. The current specifications include:

- 2 x Intel Xeon Silver 4114 2.20 GHz processors with 10 cores each
- 128 GB DDR4 RAM
- Choice of 5 TB or 12 TB usable enterprise SSD cache storage
- 4-port 10 Gigabit DA/SFP+ based network card, supports 1/10G Intel compatible optical modules (SR or LR), Twinax DACs, 1/10G-BaseT copper transceivers
- 3 year hardware warranty, with next business day parts replacement and onsite field technician support - accessed and coordinated through your normal AWS support channels

Source: https://aws.amazon.com/storagegateway/hardware-appliance/ |
| a cache memory; | The AWS Storage Gateway Hardware Appliance comprises a cache memory |

| | |
|---|---|
| | **AWS Storage Gateway Hardware Appliance**<br>A dedicated physical appliance for on-premises deployments<br><br>**Appliance Details**<br><br>The Storage Gateway Hardware Appliance comes with Storage Gateway software pre-installed on a validated server configuration. It is designed to provide consistent performance across deployments, making ongoing management easy. The current specifications include:<br><br>- 2 x Intel Xeon Silver 4114 2.20 GHz processors with 10 cores each<br>- 128 GB DDR4 RAM<br>- Choice of 5 TB or 12 TB usable enterprise SSD cache storage<br>- 4-port 10 Gigabit DA/SFP+ based network card, supports 1/10G Intel compatible optical modules (SR or LR), Twinax DACs, 1/10G-BaseT copper transceivers<br>- 3 year hardware warranty, with next business day parts replacement and onsite field technician support - accessed and coordinated through your normal AWS support channels<br><br>Source: https://aws.amazon.com/storagegateway/hardware-appliance/ |
| front-end software for handling I/O requests arriving at the I/O channel adapter or the network adapter; | The AWS Storage Gateway Hardware Appliance comprises front-end software (standard storage Protocol) for handling I/O requests arriving at the I/O channel adapter or the network adapter); |

7



Cloud storage in minutes with AWS Storage Gateway (updated)
Source: https://aws.amazon.com/blogs/storage/cloud-storage-in-minutes-with-aws-storage-gateway-updated/

| | |
|---|---|
| | |
| cache manager software, responsive to said front-end software, for handling data stored in said cache memory; and | The AWS Storage Gateway Hardware Appliance comprises cache manager software (write operation read operations ), responsive to said front-end software, for handling data stored in said cache memory;<br><br><br><br>Source: https://d1.awsstatic.com/whitepapers/Storage/aws-storage-gateway-file-gateway-for-hybrid-architectures.pdf Page 8 of 18 |

| | |
|---|---|
| | Source: https://d1.awsstatic.com/whitepapers/Storage/aws-storage-gateway-file-gateway-for-hybrid-architectures.pdf  Page 9 of 18 |
| back-end software, responsive to said configuration manager software, for handling reads and writes to disks corresponding to the I/O | back-end software, responsive to said configuration manager software, for handling reads and writes to disks  corresponding to the I/O requests |

| | |
|---|---|
| requests but without communication over the I/O channel adapter, thereby separating disk operations from network and I/O traffic. | 

Source: https://d1.awsstatic.com/whitepapers/Storage/aws-storage-gateway-file-gateway-for-hybrid-architectures.pdf   Page 9 of 18 |

| | |
|---|---|
| | without communication over the I/O channel adapter, thereby separating disk operations from network and I/O traffic. (via a communication path (from AWS Storage Gateway to Amazon S3) that is distinct from the I/O channel (From on-premises to AWS Storage Gateway)<br><br><br><br>How it works<br>Source: https://aws.amazon.com/storagegateway/ |

12