# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND AMAZON.COM SERVICES, LLC, <br><br> Defendants. | Case No. . 6:22-cv-00316-ADA-DTG <br><br> JURY TRIAL DEMANDED |

## ORDER DENYING MOTION TO DISMISS
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)[1]

The Court, having considered Defendant's Motion to Dismiss and Plaintiff's Response to said Motion, is of the opinion that the Defendant's Motion is denied, it is therefore ORDERED that Defendant's Motion to Dismiss is DENIED.

_____   _____
Date                              Honorable Judge Alan D. Albright

---

[1] Doc No. 10