UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br><br>　　Plaintiff,<br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND AMAZON.COM SERVICES, INC.<br><br>　　Defendants. | Case No. 6:22-cv-00316-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRIAN C. NASH IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

I, Brian C. Nash, hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel of record for Defendant Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services, Inc. in this action. I am a member in good standing of the Bar of the State of Texas, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit A**, is a true and correct copy of a web page excerpt from https://aws.amazon.com/blogs/aws/amazon-efs-update-on-premises-access-via-direct-connect-vpc/, accessed on July 13, 2022.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed on 14th day of July 2022, in Austin, Texas.

/s/ *Brian C. Nash*
Brian C. Nash