# EXHIBIT A



Contact Us
Support
My Account
Sign In
Create an AWS Account
Products
Solutions
Pricing
Documentation
Learn
Partner Network
AWS Marketplace
Customer Enablement
Events
Explore More
Blog Home
Category
Edition
Follow
Search Blogs
RELATED POSTS
WIND Hellas relies on AWS for scalable capacity
New – Amazon EC2 M1 Mac Instances
Integrate administrator approval for EC2 Image Builder AMIs using AWS Systems Manager
Running Dicoogle, an open source PACS solution, on AWS (part 2)
Amazon EC2 instance-level network performance metrics uncover new insights
Understanding the lifecycle of Amazon EC2 Dedicated Hosts
How to auto add new cross-account Amazon EC2 instances in a central Amazon CloudWatch dashboard
Use AWS Nitro Enclaves to perform computation of multiple sensitive datasets

AWS News Blog

# Amazon EFS Update – On-Premises Access via Direct Connect

by Jeff Barr | on 20 DEC 2016 | in Amazon EC2, Amazon Elastic File System (EFS), AWS Direct Connect, AWS Re:Invent | Permalink | Share

0:00 / 0:00

Voiced by Amazon Polly

Elastic File System
Fully Managed File System for EC2

I introduced you to Amazon Elastic File System (Amazon EFS) last year (Amazon Elastic File System – Shared File Storage for Amazon EC2) and announced production readiness earlier this year (Amazon Elastic File System – Production-Ready in Three Regions). Since the launch earlier this year, thousands of AWS customers have used it to set up, scale, and operate shared file storage in the cloud.

Today we are making EFS even more useful with the introduction of simple and reliable on-premises access via AWS Direct Connect. This has been a much-requested feature and I know that it will be useful for migration, cloudbursting, and backup. To use this feature for migration, you simply attach an EFS file system to your on-premises servers, copy your data to it, and then process it in the cloud as desired, leaving your data in AWS for the long term. For cloudbursting, you would copy on-premises data to an EFS file system, analyze it at high speed using a fleet of Amazon Elastic Compute Cloud (Amazon EC2) instances, and then copy the results back on-premises or visualize them in Amazon QuickSight.

You'll get the same file system access semantics including strong consistency and file locking, whether you access your EFS file systems from your on-premises servers or from your EC2 instances (of course, you can do both concurrently). You will also be able to enjoy the same multi-AZ availability and durability that is part-and-parcel of EFS.

In order to take advantage of this new feature, you will need to use Direct Connect to set up a dedicated network connection between your on-premises data center and an Amazon Virtual Private Cloud (VPC). Then you need to make sure that your filesystems have mount targets in subnets that are reachable via the Direct Connect connection:

Configure file system access
An Amazon EFS file system is accessed by EC2 instances running inside one of your VPCs. Instances connect to a file system via a network interface called a mount target. Each mount target has an IP address, which we assign automatically or you can specify.
VPC
vpc-e68d9c81 - Default...
Create mount targets
Instances connect to a file system via mount targets you create. We recommend creating a mount target in each of your VPC's Availability Zones so that EC2 instances across your VPC can access the file system.
Availability Zone
Subnet
IP address
Security groups
us-east-1a
subnet-75a56749 (default)
Automatic
sg-98fa09e5 - default
us-east-1b
subnet-009a1149 (default)
Automatic
sg-98fa09e5 - default
us-east-1c
subnet-b85488e3 (default)
Automatic
sg-98fa09e5 - default
us-east-1d
us-east-1e

## Resources

Getting Started
What's New
Top Posts
Official AWS Podcast
Case Studies

## Follow

Twitter
Facebook
LinkedIn
Twitch
RSS Feed
Email Updates

AWS Events
Discover the latest AWS events in your region
Learn more »

Document title: Amazon EFS Update – On-Premises Access via Direct Connect | AWS News Blog
Capture URL: https://aws.amazon.com/blogs/aws/amazon-efs-update-on-premises-access-via-direct-connect-vpc/
Capture timestamp (UTC): Wed, 13 Jul 2022 20:46:54 GMT
Page 1 of 3



aws Contact Us Support My Account Sign In Create an AWS Account
Products Solutions Pricing Documentation Learn Partner Network AWS Marketplace Customer Enablement Events Explore More
Blog Home Category Edition Follow Search Blogs

Cancel Next Step

You also need to add a rule to the mount target's security group in order to allow inbound TCP and UDP traffic to port 2049 (NFS) from your on-premises servers:

After you create the file system, you can reference the mount targets by their IP addresses, NFS-mount them on-premises, and start copying files. The IP addresses are available from within the AWS Management Console:

Mount targets

| VPC | Availability Zone | Subnet | IP address | Mount target ID | Network interface ID | Security groups | Life cycle state |
|---|---|---|---|---|---|---|---|
| vpc-e68d9c81 - DefaultVPC (default) | us-east-1a | subnet-75a56749 (default) | 172.31.44.183 | fsmt-e82ef0a1 | eni-ef69e106 | sg-98fa09e5 - default | Available |
| | us-east-1c | subnet-b85488e3 (default) | 172.31.27.88 | fsmt-eb2ef0a2 | eni-40faa38e | sg-98fa09e5 - default | Available |
| | us-east-1b | subnet-009a1149 (default) | 172.31.9.69 | fsmt-ed2ef0a4 | eni-16677cfc | sg-98fa09e5 - default | Available |

The Management Console also provides you with access to step-by-step directions! Simply click on the **On-premises mount instructions**:

And follow along:

Contact Us
Support
My Account
Sign In
Create an AWS Account
Products
Solutions
Pricing
Documentation
Learn
Partner Network
AWS Marketplace
Customer Enablement
Events
Explore More
Blog Home
Category
Edition
Follow
Search Blogs
Mounting your file system
1. Open an SSH client and connect to your on-premises server.
2. Create a new directory on your on-premises server, such as "efs".
sudo mkdir efs
Close

This feature is available today at no extra charge in the US East (N. Virginia), US West (Oregon), Europe (Ireland), and US East (Ohio) Regions.

— Jeff;

TAGS: AWS re:Invent

## Jeff Barr

Jeff Barr is Chief Evangelist for AWS. He started this blog in 2004 and has been writing posts just about non-stop ever since.

**AWS Podcast**
Subscribe for weekly AWS news and interviews
**Learn more »**

**AWS Partner Network**
Find an APN member to support your cloud business needs
**Learn more »**

**AWS Training & Certifications**
Free digital courses to help you develop your skills
**Learn more »**

Learn About AWS
What Is AWS?
What Is Cloud Computing?
AWS Inclusion, Diversity & Equity
What Is DevOps?
What Is a Container?
What Is a Data Lake?
AWS Cloud Security
What's New
Blogs
Press Releases
Resources for AWS
Getting Started
Training and Certification
AWS Solutions Portfolio
Architecture Center
Product and Technical FAQs
Analyst Reports
AWS Partners
Developers on AWS
Developer Center
SDKs & Tools
.NET on AWS
Python on AWS
Java on AWS
PHP on AWS
JavaScript on AWS
Help
Contact Us
File a Support Ticket
Knowledge Center
AWS re:Post
AWS Support Overview
Legal
AWS Careers
Create an AWS Account
Amazon is an Equal Opportunity Employer: Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.
Language عربي | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)
Privacy | Site Terms | Cookie Preferences | © 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

Document title: Amazon EFS Update – On-Premises Access via Direct Connect | AWS News Blog
Capture URL: https://aws.amazon.com/blogs/aws/amazon-efs-update-on-premises-access-via-direct-connect-vpc/
Capture timestamp (UTC): Wed, 13 Jul 2022 20:46:54 GMT
Page 3 of 3