UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND AMAZON.COM SERVICES, INC.<br><br>          Defendants. | Case No. 6:22-cv-00316-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS AMAZON.COM, INC., AMAZON WEB SERVICES, INC. AND AMAZON.COM SERVICES, LLC'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS**

BEFORE THE COURT is Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services LLC's Motion to Transfer Venue to the District of Massachusetts. The Court has considered the Motion and finds that it should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that the above-captioned case is transferred to the District of Massachusetts.

SIGNED this _____ day of _____, 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE