# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES, INC.,<br>    *Defendants.* | §§§§§§§§§§§ | 6:22-CV-00316-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland (ECF No. 8) is hereby vacated.

SIGNED this 8th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE