UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND AMAZON.COM SERVICES, INC.<br><br>    Defendants. | Case No. 6:22-cv-00316<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON TRANSFER TO THE AUSTIN DIVISION

Before the Court is the Parties' Joint Motion to Transfer to the Austin Division pursuant to 28 U.S.C. § 1404(b). Having considered the joint motion and the joint stipulation therein, the Court hereby **GRANTS** the Parties' request to transfer the above-captioned case to the Austin Division. It is therefore **ORDERED** that the above-captioned case is transferred in its entirety to the Austin Division.

SIGNED this ___ day of _____, 2022.

 

_____
HON. ALAN D ALBRIGHT
UNITED STATED DISTRICT JUDGE